The PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT DOUGLAS WILLIAMS, Alias "BOB WILLIAMS", Appellant.— Appeal from a judgment of the County Court, Kings County, rendered February 18, 1958, sentencing appellant to serve from 2½ to 5½ years, as a second felony offender, after he had been found guilty by a jury of being an accessory to a felony (Penal Law, § 2). Judgment unanimously affirmed. (See *People* v. *Maimone*, 9 A D 2d 780.) Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ.

## (November 19, 1959)

METROPOLITAN TOBACCO COMPANY, Respondent, v. SOL GREENBERG et al., Copartners Doing Business under the Name of SOL GREENBERG & SON, Defendants, and HERBERT GREENBERG, Appellant.— Motion for leave to appeal to the Appellate Division and for other relief denied, without costs. Present — Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ.